Jan C. Walker, Esq. (JW9445)
**MOUND COTTON WOLLAN & GREENGRASS**
One Battery Park Plaza
New York, New York 10004-1486
(212) 804-4200
Attorneys for Defendants American Home Assurance Company,
Granite State Insurance Company and National Union Fire
Insurance Company of Pittsburgh, Pa.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

DANAHER CORPORATION,

    Plaintiff,

    v.

THE TRAVELERS INDEMNITY COMPANY et. al.,

    Defendants.

THE TRAVELERS INDEMNITY COMPANY et. al., :

    Third-Party Plaintiff,

    v.

ATLAS COPCO NORTH AMERICA, INC.

    Third-Party Defendant.

-------------------------------------------------------------------x

Civil Action No. 10 CIV-0121

**NOTICE OF APPEARANCE OF JAN C. WALKER**

Please enter the appearance of Jan C. Walker, of the firm Mound Cotton Wollan & Greengrass, on behalf of Defendants American Home Assurance Company, Granite State Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.

Dated: New York, N.Y.
February 3, 2011

MOUND COTTON WOLLAN & GREENGRASS

By: **s/ Jan C. Walker**
Jan C. Walker
One Battery Park Plaza
New York, N.Y. 10004-1486
212-804-4200