# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANAHER CORPORATION, | |
| Plaintiff, | **Case No.  10-CIV 0121 (JPO) (JCF)** |
| vs. | **NOTICE OF MOTION** |
| THE TRAVELERS INDEMNITY COMPANY, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to the June 10, 2014 Order, the undersigned, attorneys for plaintiff Danaher Corporation and third-party defendant Atlas Copco North America LLC (collectively, "Movants"), shall move before the Honorable James C. Francis IV, U.S.M.J., at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order that defendants The Travelers Indemnity Company and Travelers Casualty & Surety Company, f/k/a The Aetna Casualty & Surety Company (collectively, "Travelers") must reimburse all of Movants' legal fees and costs incurred as a result of Travelers' breach of its duty to defend and pay pre-judgment interest.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Movants shall rely on their Brief, the Certification of Brian J. Osias, and the Declaration of Teresa Bohne-Huddleston filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that Movants respectfully request oral argument.


Dated:  August 1, 2014


By:  *s/ Brian J. Osias*                          By:  *s/ Paul E. Breene*
    Gita F. Rothschild (GR7636)               Paul E. Breene (PB7989)
    Brian J. Osias (BO3082)                   Reed Smith LLP
    McCarter & English, LLP                   599 Lexington Avenue
    245 Park Avenue                           22nd Floor
    27th Floor                                New York, NY 10022
    New York, NY 10167                        Phone: 212.521.5400
    Phone: 212.609.6800                       Fax: 212.521.5450
    Fax: 212.609.6921                         *Attorneys for Third-Party Defendant*
    *Attorneys for Plaintiff*                  *Atlas Copco North America LLC*
    *Danaher Corporation*