**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANAHER CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY, et al.,<br><br>        Defendants. | Case No. 10-CIV-0121 (JPO) (JCF)<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND APPLICATION FOR SUPPLEMENTAL ALLOCATION PROCEEDINGS** |

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Plaintiff Danaher Corporation and Third-Party Defendant Atlas Copco North America LLC (collectively, "Movants"), shall move before the Honorable J. Paul Oetken, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 56, granting partial summary judgment and ordering supplemental allocation proceedings.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Movants shall rely on the Brief, Statement of Material Facts, and Declaration of Adam J. Budesheim filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that Movants respectfully request oral argument.

By: _s/ Adam J. Budesheim_
    Gita F. Rothschild (GR7636)
    Adam J. Budesheim (AB4010)
    McCarter & English, LLP
    Worldwide Plaza
    825 Eighth Ave., 31st Floor
    New York, NY 10019
    Phone: 212.609.6800
    Fax: 212.609.6921
    *Attorneys for Plaintiff*
    *Danaher Corporation*

By: _s/ Paul E. Breene_
    Paul E. Breene (PB7989)
    Reed Smith LLP
    599 Lexington Avenue
    22nd Floor
    New York, NY 10022
    Phone: 212.521.5400
    Fax: 212.521.5450
    *Attorneys for Third-Party Defendant*
    *Atlas Copco North America LLC*

DATED: June 22, 2018

ME1 27250209v.1