

**Adam J. Budesheim**
Partner
T. 973-848-8616
F. 973-297-3740
abudesheim@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

April 11, 2025

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:  Fortive Corporation v. Travelers Indem. Co., et al.
       No. 10-CV-0121 (JPO) (JCF)**

Dear Judge Oetken:

We represent Plaintiff Fortive Corporation ("Fortive").  Per Your Honor's March 3, 2025 order, we submit this Joint Status Letter on behalf of Fortive, North River, Atlas Copco, and Travelers (the "Parties") and with the consent of the other excess insurers.

Since the last update, the parties have held additional settlement discussions and continue to make progress.  Accordingly, the parties request another extension through May 16, 2025 to try to reach a final agreement.  Again, if an agreement can be reached in that time, the parties will work diligently to finalize and execute such settlement, at which time the excess insurers not directly involved in the mediation will be advised of the material terms of any settlement and be provided with a reasonable period in which to review and consider a joinder in any such settlement.

Thank you for your continued attention to this matter.

Respectfully submitted,

*s/ Adam J. Budesheim*

Adam J. Budesheim

cc:   All Counsel Record (via ECF)

ME1 49242938v.1