## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORTIVE CORPORATION,<br><br>               Plaintiff,<br><br>    vs.<br><br>THE TRAVELERS INDEMNITY<br>COMPANY, et al.,<br><br>            Defendants. | Case No.  10-CIV-0121 (JPO) (JCF)<br><br>**ORDER GRANTING FORTIVE<br>CORPORATION'S CONSENT MOTION TO<br>SUBSTITUTE AND AMEND CAPTION** |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Plaintiff Fortive Corporation ("Fortive"), for an Order, pursuant to Federal Rule of Civil Procedure 25(c), granting Fortive's Consent Motion to Substitute Vontier Corporation ("Vontier") in lieu of Fortive and Amend the Caption; and the Court having considered the submissions of the parties and the arguments of counsel, if any; and for good cause shown;

**IT IS** on this 5th day of March, 2026;

**ORDERED** that Fortive's motion is **GRANTED**; and it is further

**ORDERED** that all of Fortive's causes of action and claims in this lawsuit are transferred to Vontier; and it is further

**ORDERED** that Vontier shall be bound by all prior decisions of this Court in this litigation; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(c), Vontier shall be substituted for Fortive in this action and the caption shall be changed to:

ME1 31421541v.1

VONTIER CORPORATION,

          Plaintiff,

    vs.

THE TRAVELERS INDEMNITY
COMPANY, et al.,

          Defendants.

**Case No.  10-CIV-0121 (JPO) (JCF)**

March 5, 2026

_____
J. PAUL OETKEN
United States District Judge

ME1 31421541v.1